CHIEF JUSTICE TURNAGE,
specially concurring:
I concur in the result of this case; however, I express concern that part of the conclusion of the Court on Issue 1 may be the source of misunderstanding, and a problem for this Court as well as law enforcement. This opinion states:
Accordingly, we conclude that, in the absence of a search warrant, the use of thermal imaging as a criminal investigative tool implicates Article II, Section 10 of Montana’s Constitution and requires the demonstration of a compelling state interest, other than enforcement of the criminal law. [Emphasis supplied.]
Surely this Court does not intend that under no circumstances may thermal imaging ever be used along with other facts to establish probable cause for issuance of a search warrant.
In enforcement of the criminal law involving certain crimes that viciously threaten the lives of our citizens, such as homicides at the hands of serial killers or fanatics who may kill hundreds of citizens by bombing public facilities, the use of thermal imaging may be an essential tool, along with other credible information, that would lead to a valid search warrant and arrest of the perpetrators.